Case 3:20-cr-00042-PDW *SEALED* Document 374 Filed 08/20/20 Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Faith Liddell | ) | Case No. 3:20-cr-42-21 |
| | ) | |
| Defendant | ) | |

RECEIVED
UNITED STATES MARSHALS
AUG 20 2020
1:00 p.m.
DISTRICT OF NORTH DAKOTA

## ARREST WARRANT

To:     Any authorized law enforcement officer

  YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Faith Liddell
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☑ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
Forfeiture Allegation

Date: 08/20/2020

/s/ Jackie Stewart
*Issuing officer's signature*

City and state:   Fargo, ND

Jackie Stewart, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 08/20/2020, and the person was arrested on *(date)* 08/25/2020
at *(city and state)*  Bottineau, ND

Date: 08/26/2020

*Isaiah Soldier*
*Arresting officer's signature*

Isaiah Soldier, Special Agent
*Printed name and title*

AO 442 (Rev. 10/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                 Weight:

Sex:                                                                    Race:

Hair:                                                                   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: